HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TEON MORRIS,

    Plaintiff,

 v.

PIERCE COUNTY JAIL,

    Defendant.

CASE NO. C13-5989 RBL

ORDER ON REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the Report and Recommendation of Magistrate Judge Creatura, and Plaintiff Morris's Motions for additional time and for leave to amend his complaint. [Dkt. #s 15, 16]

The underlying case involves Morris's arrest for escape, after he was sent to the hospital while apparently serving time for an unrelated offense. He sued the Pierce County Prosecutor who charged him. The Magistrate Judge recommended dismissal, because the prosecutor is entitled to absolute immunity. Morris sought additional time to amend his complaint. He has now offered both a one line "amended" complaint [Dkt. #16] advising the Court that he wants to sue the Pierce County Sheriff's Department (and apparently the Sherriff, individually) [Dkt.

#16].  He recently filed a longer proposed "claim" [Dkt. #17] alleging that he was jailed for five months on the allegedly defective second degree escape charge.

The claim against the prosecutor is DISMISSED WITH PREJUDICE for the reasons articulated in the Report.

However, the Plaintiff's request for additional time [Dkt. #15] is GRANTED, and his Motion to Amend [Dkt. #16] is GRANTED.  Plaintiff shall file an Amended Complaint against any (named) individuals and entities he seeks to sue.  The compliant should comply with Federal Rule of Civil Procedure 8, including specifically: the basis for this court's jurisdiction; a short and plain statement of the claim showing the plaintiff is entitled to relief, i.e., identify the basis for the claim (the statute or constitutional claim) and the relief sought.  He should file this Amended Complaint within 15 days of this Order.

IT IS SO ORDERED.

Dated this 28th day of August, 2014.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE