1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| TEON MORRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>PIERCE COUNTY JAIL,<br><br>    Defendant. | CASE NO. C13-5989 RBL<br><br>ORDER |
|---|---|

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

The Court gave plaintiff leave to file an amended complaint in August of 2014 (Dkt. 18). Plaintiff filed a document titled "Amended Complaint" in September of 2014 (Dkt. 19). Review of the amended complaint reveals that there is not a named defendant, the document does not set forth a basis for the Court's jurisdiction, and the document does not contain a request for relief (Dkt. 19). Plaintiff's amended complaint does not comply with Fed. R. Civ. P. 8(a).

ORDER - 1

1       The Court directs the clerk's office to send plaintiff a blank 42 U.S.C. §1983 civil rights

2 form.  The Court gives plaintiff until February 20, 2015 to file an amended complaint that

3 complies with Fed. R. Civ. P. 8(a).

4       Dated this 8th day of January, 2015.

                                                  J. Richard Creatura
United States Magistrate Judge