HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TEON MORRIS,<br><br>        Plaintiff,<br><br>    v.<br><br>PIERCE COUNTY JAIL,<br><br>        Defendant. | CASE NO. C13-5989 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>[DKT. #27] |

THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation that the Court GRANT the Defendants' Motion to Dismiss Plaintiff's claims against them. The Plaintiff has not objected to the Report.

It is hereby ORDERED:

1. The Report and Recommendation is ADOPTED;

2. The Motion to Dismiss [Dkt. #22] is GRANTED; and

3. This matter is DISMISSED with prejudice.

1  The Clerk shall direct copes of this Order to all counsel and to Magistrate Judge J.
2  Richard Creatura.

4  IT IS SO ORDERED.

5  Dated this 21st day of July, 2015.

                                                                                                                                                 _____

Ronald B. Leighton
United States District Judge